**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSEPH FARLEY and CAROLYN FARLEY,

    Plaintiffs,

v.                                    Case No: 8:12-cv-2877-T-30AEP

PREMIER MANAGEMENT GROUP, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Dismissal With Prejudice (Dkt. #3). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Dismissal With Prejudice (Dkt. #3) is GRANTED.

2. This cause is dismissed with prejudice.

3. The Court does _not_ retain jurisdiction to enforce any settlement agreements made between the parties.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of January, 2013.

_(signature)_
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-2877 dismiss 3.docx